UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In re:

Sylvia Davis Simmons,                              Case No. B-21-50757

Debtor

### JOINDER BY THE BANKRUPTCY ADMINISTRATOR IN THE OBJECTION TO MORTGAGE PROOF OF CLAIM ENTERED ON
### July 1, 2022   [Docket No. 40]

Now Comes the United States Bankruptcy Administrator, by and through Counsel, and joins in Objection to Mortgage Proof of Claim filed July 1, 2022.

FURTHERMORE, the attorney fees sought are excessive for the work performed and results obtained.

Wherefore, the Bankruptcy Administrator prays that an order be entered disallowing or reducing the claim as the Court may deem proper.

This 23rd day of August, 2022.

WILLIAM P. MILLER
U.S. BANKRUPTCY ADMINISTRATOR

By s/Robert E. Price, Jr.
Robert E. Price, Jr.
Assistant Bankruptcy Administrator
State Bar No. 9422
101 S. Edgeworth St.
Greensboro, NC 27401
(336) 358-4170

## CERTIFICATE OF SERVICE

This is to certify that, on this date, the foregoing document was served upon the following parties or counsel by electronic mailing or by depositing a copy in the United States mail, first class, postage prepaid, addressed as follows:

**VIA ECF:**

Kathryn L. Bringle

Benjamin D. Busch

Edward C. Boltz

**VIA REGULAR MAIL**:

Sylvia Davis Simmons
4915 Tatelo Trail
Winston-Salem, NC 27127

Mark A. Baker, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Ste 260
Peachtree Corners, GA 30092

DATED: August 23, 2022.               s/ Shannon Gray
                                      Bankruptcy Analyst