**SO ORDERED.**

**SIGNED this 26th day of September, 2022.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | )   No. B-21-50757  C-13W |
| SYLVIA DAVIS SIMMONS, | ) |
| | ) |
| Debtor. | ) |
| | ) |

## ORDER REDUCING CLAIM

This case came before the Court on September 14, 2022 for hearing on the Debtor's objection to the mortgage proof of claim filed by US Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT ("the Claimant"). All interested parties having received proper notice, Benjamin Busch, Debtor's Counsel; Robert E. Price, Jr., Assistant Bankruptcy Administrator, and Vernon Cahoon, Chapter 13 Staff Attorney appeared in the Courtroom.

It appears to the Court that the Claimant has agreed that the objection can be sustained and the pre-petition mortgage arrearage claim should be reduced by $3,970.86. Mr. Busch waived additional compensation for advancing the objection.

The Court finds that cause exists to sustain the objection; therefore, it is

**ORDERED** that the objection is sustained and the Claimant's pre-petition arrearage claim is reduced by $3,970.86, from $35,774.47 to $31,803.61.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
B-21-50757 C-13W

SYLVIA DAVIS SIMMONS
4915 TATELO TRAIL
WINSTON SALEM, NC 27127

BENJAMIN BUSCH
1738-D HILLANDALE ROAD
DURHAM, NC 27705

LAW OFFICES OF JOHN T ORCUTT
ATTN:  ATTORNEY BEN BUSCH
600 GREEN VALLEY ROAD #210
GREENSBORO, NC  27408

MARK A. BAKER
MCMICHAEL TAYLOR GRAY, LLC
3550 ENGINEERING DR., SUITE 260
PEACHTREE CORNERS, GA 30092

U.S. BANK, NATIONAL ASSOCIATION
POST OFFICE BOX 55004
IRVINE, CA 92619

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102-2115